■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEAN CLAUDY DELIUS, Appellant. [950 NYS2d 573]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated August 24, 1998 (*People v Delius*, 253 AD2d 529 [1998]), affirming a judgment of the County Court, Nassau County, rendered May 13, 1997.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Angiolillo, J.P., Florio, Chambers and Roman, JJ., concur.